CURTIS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 1033.   Decided June 15, 1964.

*Duane W. Acklie, Donald E. Leonard* and *Anthony F. Zarlengo* for appellants.

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission.

*Thomas F. Kilroy* for Denver-Albuquerque Motor Transport, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.